# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| WILLIAM MOBLEY, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:16-cv-78 |
| v. | * | |
| NAOMI ERICSON; and SCOTT HARRIS, | * | |
| Defendants. | * | |

## ORDER

Presently before the Court is the Magistrate Judge's August 19, 2016, Report and Recommendation, dkt. no. 9, to which Plaintiff failed to file Objections. After an independent and *de novo* review of the entire record, the Court **CONCURS** with the Magistrate Judge and **ADOPTS** the Report and Recommendation as the opinion of the Court. Consequently, the Court **DISMISSES** Plaintiff's monetary damages claims against Defendants in their official capacities and Plaintiff's claims based on the denial of medical care. Plaintiff's claims for excessive force against Defendants remain pending.

SO ORDERED, this ___23___ day of ___September___, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)